NUMBER 13-04-133-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
________________________________________________________
 
ALAN KAPELIVISKI, M.D., D/B/A SOUTH TEXAS 
IMAGING CENTER-K,                                                        Appellant,

v.

M.M.P. DEVELOPMENT, INC.,                                             Appellee.
_______________________________________________________

On appeal from County Court at Law No. 2
 of Hidalgo County, Texas
_______________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza 
Opinion Per Curiam

         Appellant, ALAN KAPELIVISKI, M.D., D/B/A SOUTH TEXAS IMAGING CENTER-K, attempted to perfect an appeal from a judgment entered by County Court at Law
No. 2 of Hidalgo County, Texas. On March 30, 2004, the trial court granted
appellant’s motion for new trial.
         The Court, having examined and fully considered the documents on file and the
trial court’s order granting a new trial, is of the opinion that the appeal should be
dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.
                                                                                 PER CURIAM
Opinion delivered and filed this
the 6th day of May, 2004.